ORDERED.

**Dated: June 24, 2022**


Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No.
 6:22–bk–02189–TPG
 Chapter 13

Katelin Marie Teseniar–Gonzalez
aka Katelin Marie Teseniar

Malaquias Gonzalez–Monge

_____Debtor\*_____/

### *ORDER APPROVING APPLICATION TO PAY FILING FEES IN INSTALLMENTS*

THIS CASE came on for consideration, without a hearing, of the Debtor's Application to Pay Filing Fees in Installments, Document No. 4 . The Court has considered the Application, together with the record, and finds that the Application should be approved pursuant to Fed. R. Bankr. P. 1006. Accordingly, it is

**ORDERED:**

1. The Debtor shall pay the filing fee in installments, in the form of cashier's check or money order only, made payable to Clerk, U.S. Bankruptcy Court and delivered to or received by mail addressed to:

For Tampa and Ft. Myers cases:

Clerk, U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

For Orlando cases:

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street Suite 5100
Orlando, FL 32801

For Jacksonville cases:

Clerk, U.S. Bankruptcy Court
Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 3–150
Jacksonville, FL 32202

as follows:

$ 71.00 on or before July 21, 2022

$ 71.00 on or before August 20, 2022

$ 171.00 on or before September 19, 2022

    2. Until the filing fee is paid in full, the Debtor shall not pay any money or transfer any property to any person for services in connection with this case, and no person shall accept any money or property from the Debtor as payment for services in connection with this case.

    3. If the Debtor fails to make the required installment payments, the Court may enter an order dismissing the case for failure to pay the required fee or may withhold the Debtor's Discharge.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.